IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PRESTON R. CURNETT,**
**ADC #165671**                                                                    **PLAINTIFF**

**V.**                  **CASE NO. 4:20-CV-40-LPR-BD**

**SHAQUILLE BROWN,** *et al.*                                       **DEFENDANTS**

## ORDER

On January 10, 2020, Preston R. Curnett, an Arkansas Department of Correction (ADC) inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Curnett claims that Sergeant Brown used excessive force against him at the Ouachita River Unit of the ADC and that Sergeant Delaney interfered with his right to access the ADC inmate grievance procedure.

The Ouachita River Unit lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). To that end, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 14th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE